UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHODR INVESTMENTS, LLC; K AND M PARTNERS 321 ARABELLA, L.L.C.; UPTOWN GRILL, L.L.C.; BYBLOS, INC. D/B/A BYBLOS RESTAURANT; ROBERTS' GUMBO SHOP, LLC, D/B/A GUMBO SHOP; MEDITERRANEAN FRESH, LLC D/B/A BYBLOS; BYBLOS MARKET, LLC D/B/A BYBLOS MARKET; and 737 OCTAVIA STREET, LLC**  *Plaintiffs*,  vs.  **STARR SURPLUS LINES INSURANCE COMPANY**  *Defendant*. | * * * * * * * * * * * * * * * | CIVIL ACTION NO. _____  JUDGE _____  MAGISTRATE JUDGE _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1441 and 1446, and on the grounds set forth in this Notice of Removal, Defendant Starr Surplus Lines Insurance Company ("Starr") removes this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might originally have been brought. In support of its removal of this action, Starr represents:

1.

The removing party, Starr, is the sole defendant in this civil action, which on March 17, 2022, was commenced in and is now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing No. 2022-02291, on the docket of that court in division "A", section 16 and entitled "*Khodr Investments, LLC, et. al. versus Starr Surplus Lines Insurance*

*Company.*" A copy of the Petition and all other pleadings, process and orders served on Starr or filed in the action are attached to this notice as Exhibit "A".

2.

Service of the Petition and citation in the state-court action was made on Starr on July 1, 2022, by service on the Louisiana Secretary of State. This service was the first receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Therefore, this Notice of Removal is being timely filed, and the action is being removed to this Court within the 30-day period of 28 U.S.C. § 1446(b).

3.

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 excluding interests and costs.

4.

Specifically, complete diversity of citizenship exists between Plaintiffs, each a citizen of Louisiana as outlined in Paragraph 6 below, and Defendant Starr, who is a foreign insurer with a principal place of business outside of Louisiana.

5.

Plaintiff Khodr Investments, LLC alleges that it is a Louisiana limited liability company with its principle place of business and domicile located at 3218 Magazine Street, New Orleans, Louisiana 70115. *See* Petition, ¶1. Khodr further alleges that it is the first named insured under the policy of insurance with Starr and that it brings this action on behalf of all property locations and/or entities covered under the policy, including but not limited to the following: (a) K and M Partners

321 Arabella LLC; (b) Uptown Grill, LLC; (c) Byblos, Inc. d/b/a Byblos Restaurant; (d) Byblos Market, LLC d/b/a Byblos Market; (e) Mediterranean Fresh, LLC d/b/a Byblos; (f) Roberts' Gumbo Shop d/b/a Gumbo Shop; and (g) 737 Octavia Street, LLC. *Id.*

6.

The citizenship of an LLC is determined by the citizenship of all of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.,* 851 F.3d 530, 536 (5th Cir. 2017). As for an individual, it is domicile rather than mere residency that decides citizenship for diversity purposes. *Great Plains Trust Co. v. Morgan Stanley,* 313 F.3d 305, 310 n. 2 (5th Cir. 2002).

7.

The Louisiana Secretary of State reveals the following for each of the entities listed above:

a) Khodr Investments, LLC is a Louisiana limited liability company with its domicile and mailing address located at 3445 N. Causeway Boulevard, Suite 1004, Metairie, Louisiana 70002. The Louisiana Secretary of State lists the following names for the members of Khodr Investments, LLC: Hicham Khodr and Faiysal Khodr with the same listed address of Khodr Investments, LLC – 3445 N. Causeway Boulevard, Suite 1004, Metairie, LA 70002.

Accordingly, upon information and belief, the members of Khodr Investments, LLC are citizens of Louisiana and therefore, Khodr Investments, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

b) K and M Partners 321 Arabella LLC ("K and M") is a Louisiana limited liability company with its domicile and mailing address located at 3445 N. Causeway Boulevard, Suite 1004,

Metairie, Louisiana 70002. The Louisiana Secretary of State lists the following names for the members of K and M: David McCelvey and Hicham Khodr with the same listed address of K and M – 3445 N. Causeway Boulevard, Suite 1004, Metairie, LA 70002.

Accordingly, upon information and belief, the members of K and M are citizens of Louisiana and therefore, K and M is a Louisiana citizen for the purposes of diversity jurisdiction.

c) Uptown Grill, LLC is a Louisiana limited liability company with its domicile and mailing address located at 3445 N. Causeway Boulevard, Suite 1004, Metairie, LA 70002. The Louisiana Secretary of State has no listed members for Uptown Grill, LLC, but lists Hicham Khodr as its manager with the same address as Uptown Grill, LLC located at 3445 N. Causeway Boulevard, Suite 1004, Metairie, LA 70002.

Accordingly, upon information and belief, Uptown Grill, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

d) Byblos, Inc. d/b/a Byblos Restaurant ("Byblos, Inc.") is a Louisiana corporation with its domicile and principle place of business address listed as 104 Metairie Heights Avenue, Metairie, LA 70001.

Because Byblos, Inc. is both incorporated in Louisiana and has its principle place of business in Louisiana, Byblos, Inc. is a Louisiana citizen for the purposes of diversity jurisdiction.

e) Byblos Market, LLC d/b/a Byblos Market ("Byblos Market, LLC") is a Louisiana limited liability company with its domicile and mailing address listed at 2020 Veterans Boulevard, Metairie, LA 70002. The Louisiana Secretary of State lists the following names for the members of Byblos Market, LLC: Hicham Khodr with an address of 600 Northline, Metairie, LA 70005 and Mazen Mitwali with the same listed address of Byblos Market, LLC at 2020 Veterans Boulevard, Metairie, LA 70002.

Accordingly, upon information and belief, the members of Byblos Market, LLC are citizens of Louisiana and therefore, Byblos Market, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

    f) Mediterranean Fresh, LLC d/b/a Byblos ("Mediterranean Fresh") is a Louisiana limited liability company with its domicile and mailing address located at 3445 N. Causeway Boulevard, Suite 1004, Metairie, Louisiana 70002. The Louisiana Secretary of State lists the following names and addresses for the members of Mediterranean Fresh: Gabriel Saliba at 4405 Courtland Drive, Metairie, LA 70002, Tarek Tay Naime at 6205 Blanke Street, Metairie, LA 70003 and Hicham Khodr at the same address as Mediterranean Fresh, 3445 N. Causeway Boulevard, Suite 1004, Metairie, LA 70002.

Accordingly, upon information and belief, the members of Mediterranean Fresh are citizens of Louisiana and therefore, Mediterranean Fresh is a Louisiana citizen for the purposes of diversity jurisdiction.

    g) Roberts' Gumbo Shop, LLC d/b/a Gumbo Shop ("Gumbo Shop, LLC") is a Louisiana limited liability company with its domicile and mailing address located at 3445 N. Causeway Boulevard, Suite 1004, Metairie, Louisiana 70002. The Louisiana Secretary of State has no listed members for Gumbo Shop, LLC, but lists Hicham Khodr as its manager with the same address as Gumbo Shop, LLC located at 3445 N. Causeway Boulevard, Suite 1004, Metairie, LA 70002.

Accordingly, upon information and belief, Gumbo Shop, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

    h) 737 Octavia Street, LLC is a Louisiana limited liability company with its domicile located at 829 Baronne Street, New Orleans, LA 70113 and its mailing addresses listed at 3445 N.

5

Causeway Boulevard, Suite 1004, Metairie, Louisiana 70002. The Louisiana Secretary of State lists the following names for the members of 737 Octavia Street, LLC: Hicham Khodr, Tarek Tay and Gabriel J. Saliba with the same address for each located at 104 Metairie Heights, Metairie, LA 70001.

Accordingly, upon information and belief, the members of 737 Octavia Street, LLC are citizens of Louisiana and therefore, 737 Octavia Street, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

8.

Defendant, Starr is a Texas corporation with its principal place of business in New York. Starr is a citizen of Texas and New York for the purposes of diversity jurisdiction.[1]

9.

Plaintiffs' claims against Starr are alleged to arise out of alleged physical loss and damages to its properties as a result of COVID-19, both by depriving the use of and damaging the insured locations. Plaintiffs allege that the properties sustained damages falling within the scope of the insurance policy issued to Plaintiff by Starr. Plaintiffs allege Starr failed to pay sums that Plaintiff is owed under the Policy. As a result, Plaintiff asserts claims of breach of an insurance contract and bad faith. *See* Petition, ¶¶ 67-96.

10.

Plaintiff's claims exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a). Plaintiffs' policy has an overall combined coverage limit of $18.69 million. *See* Petition, ¶5.

---

[1] 28 USC 1332(c).

11.

Immediately after filing this Notice of Removal with the clerk of this Court, Starr will comply with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, and served on all other counsel of record.

12.

Starr reserves the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Starr reserves all rights, including defenses, objections, and exceptions, and the filing of this notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Defendant, Starr Surplus Lines Insurance Company, prays that the action now pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana be removed to this Court and proceed herein.

Respectfully submitted,

*/s/ Leah N. Engelhardt*
Leah N. Engelhardt (#23232)
Charles D. Marshall, III (#27564)
Valerie M. Andrews (#39466)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6054
Email: engelhardt@chaffe.com
          marshall@chaffe.com
          valerie.andrews@chaffe.com

*Attorneys for Starr Surplus Lines Insurance Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

| ( X ) | CM/ECF | ( ) | Prepaid U.S. Mail |
| --- | --- | --- | --- |
| ( ) | Facsimile | ( ) | Federal Express |
| ( X ) | Electronic Mail | | |

New Orleans, Louisiana this 20th day of July, 2022.

                     */s/ Leah N. Engelhardt*
                     LEAH N. ENGELHARDT