UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHODR INVESTMENTS, LLC, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 22-2251 |
| STARR SURPLUS LINES<br>INSURANCE COMPANY,<br>    Defendant | SECTION: "E" (4) |

# JUDGMENT

Considering the Court's Order dated November 15, 2022;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment entered in favor of Defendant, Starr Surplus Lines Insurance Company, and against Plaintiffs Khodr Investments, LLC, et al. on all claims.

**New Orleans, Louisiana, this 15th day of November, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 40.